IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMAHA PUBLIC SCHOOL DISTRICT,<br>SUSAN COLVIN, and WESLEY G. DACUS,<br><br>                    Defendants. | **8:17CV96**<br><br>**ORDER** |

On August 22, 2017, the Court entered an order directing the parties to show cause why this action should not be consolidated with *Doe v. Knutson*, 8:17CV97 (D. Neb. 2017) ("*Knutson* action"). (Filing No. 19.) Defendants did not respond to the show cause order. However, Plaintiff submitted a response stating that the actions should not be consolidated because Defendant's *pro se* status in *Knutson* would delay and complicate this action. (Filing No. 22.)

Having considered the matter,

**IT IS ORDERED** that this case will not be consolidated with the *Knutson* action.

Dated this 11th day of September, 2017.

                                                                                                BY THE COURT:

                                                                                                 s/ Susan M. Bazis<br>
                                                                                                 United States Magistrate Judge