# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | Case No. 8:17-cv-00096 |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION OF DISMISSAL** |
| OMAHA PUBLIC SCHOOL DISTRICT, SUSAN COLVIN, WESLEY G. DACUS, | |
| Defendants. | |

After considering Plaintiff, Jane Doe, and Defendants, Omaha Public Schools, Susan Colvin, and Wesley G. Dacus, Stipulation of Dismissal, the Court

SUSTAINS the Stipulation.

GRANTS the Stipulation and dismisses the case with prejudice.

DATED this 18th day of July, 2018.

     s/ Joseph F. Bataillon
Senior United States District Judge

APPROVED AND ENTRY REQUESTED:
*/s/ David L. Welch*
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
P: 402-397-5500
E: dwelch@pheblaw.com

APPROVED AS TO FORM & CONTENT:
*/s/ Richard P. McGowan*
McGowan Law Firm, PC, LLO
11235 Davenport Street, #100
Omaha, NE 68154
P: 402-341-0820
rpm@lawfirmomaha.com

*/s/ Theodore R. Boecker, Jr.*
Boecker Law, PC, LLO
11225 Davenport Street, Suite 100
Omaha, NE 68154
P: 402-933-9500
E: boeckerlaw@msn.com